# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *SevenFriday AG*, <br><br> Plaintiff, <br><br> v. <br><br> *Ancon Watches Inc., et al.*, <br><br> Defendants. | CASE NO. CV 14-8612-GHK (FFMx) <br><br> **PERMANENT INJUNCTION AGAINST DEFENDANT ANCON WATCHES INC.** |

    This matter is before us on Plaintiff SevenFriday AG's ("Plaintiff" or "SevenFriday") Application for Default Judgment Against Defendant Ancon Watches, Inc. ("Ancon"). Based on the findings and conclusions in the January 4, 2016 Civil Minute Order issued simultaneously with this Permanent Injunction, we rule as follows:

    Defendant Ancon and all of Ancon's officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them and who receive actual notice of this Order are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from:

    (1) directly or indirectly infringing the copyright in Plaintiff's P-Series watch and the SevenFriday Trade Dress in any manner;

    (2) manufacturing, advertising, selling, shipping, delivering, distributing,

1  importing, exporting, or offering for sale and distribution, and/or placing any
2  future orders for the infringing watches currently identified as X-35 Concept, X-35
3  Concept II, X-35 Concept III, and X-32 Concept II;
4  (3) manufacturing, distributing, selling, and/or offering for sale, any products or
5  services (including, but not limited to, watches), which copy or bear a substantial
6  similarity to the P-Series watch;
7  (4) imitating, copying, duplicating and otherwise making any use of the
8  SevenFriday Trade Dress in connection with any goods or services (including, but
9  not limited to, watches);
10 (5) using any simulation, reproduction, or any unauthorized copy or colorable
11 imitation of the SevenFriday Trade Dress or the P-Series watch in connection with
12 the promotion, advertisement, display, sale, offering for sale, shipping, importing,
13 exporting, delivery, distribution, transfer, returning, holding for sale, destruction,
14 or other movement or marketing , of any product or service (including, but not
15 limited to, watches);
16 (6) making any statement which can or is likely to lead the trade or public, or
17 individual members thereof, to mistakenly believe that Ancon is an authorized
18 dealer of SevenFriday products, an authorized seller of SevenFriday products, or is
19 otherwise authorized by or affiliated with SevenFriday, if Ancon is not so
20 authorized;
21 (7) causing likelihood of confusion or injury to SevenFriday's business reputation
22 and to the distinctiveness of SevenFriday Trade Dress by unauthorized use of the
23 same;
24 (8) engaging in any other activity constituting unfair competition or infringement
25 of the SevenFriday Trade Dress or P-Series watch or SevenFriday's rights in, or to
26 use or exploit, the same;
27 (9) importing into the United States any goods bearing any simulation,
28 reproduction, or any unauthorized copy or colorable imitation of the SevenFriday

Trade Dress or which copy bear a substantial similarity to the P-Series watch; and (10) assisting, aiding or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (1) through (9) above.

It is further **ORDERED** that Ancon and all of Ancon's officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them and who receive actual notice of this Order, **SHALL**, upon receipt of this Order:

(a) immediately disable access to any website featuring any goods that infringe on the SevenFriday Trade Dress or the P-Series watch;

(b) remove all videos from YouTube and any other website that feature any goods that infringe on the SevenFriday Trade Dress or the P-Series watch; and

(c) remove from any social media accounts, including, but not limited to, Instagram, Twitter, and Facebook, references to any unauthorized copy or colorable imitation of the SevenFriday Trade Dress or any other unlawful use of the SevenFriday Trade Dress, or which copy or bear a substantial similarity to the P-Series watch.

Ancon is further notified that any act in violation of any of the terms of this Permanent Injunction may be considered and prosecuted as contempt of this Court.

**IT IS SO ORDERED**.

DATED:  January 4, 2016

_____
GEORGE H. KING
Chief United States District Judge

3