JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *SevenFriday AG*,<br>    **Plaintiff**,<br>    v.<br>*Ancon Watches Inc., et al.*,<br>    **Defendants**. | CASE NO. CV 14-8612-GHK (FFMx)<br><br>**JUDGMENT** |

   Pursuant to Federal Rule of Civil Procedure 54(b), we expressly determine that final judgment as to Ancon **SHALL** be entered herewith as we determine there is no just reason for delay.  Accordingly, pursuant to the Court's January 4, 2016 Order, **IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that default judgment shall be entered in favor of Plaintiff SevenFriday AG against Defendant Ancon Watches Inc. ("Ancon"). Ancon is also hereby enjoined pursuant to 15 U.S.C. § 1116 and 17 U.S.C. § 502 as described in the January 4, 2016 Permanent Injunction issued simultaneously with this Judgment.  The Court shall retain jurisdiction to hear any proceeding arising out of this Judgment and to construe, enforce, or implement this Judgment.

1  **IT IS SO ORDERED**.

3  DATED:  January 4, 2016

```
                              _____
                                   GEORGE H. KING
                              Chief United States District Judge
```

2