NOTE CHANGES MADE BY THE COURT

FILED
CLERK, U.S. DISTRICT COURT
FEB 5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVENFRIDAY AG,<br><br>  Plaintiff,<br><br>v.<br><br>ANCON WATCHES INC. *et al.*,<br><br>  Defendants. | Case No.: 2:14-cv-08612-GHK-FFM<br>Honorable George H. King<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Stipulation for Entry of Judgment on Consent as to Defendant Alex Shen and (Proposed) Order Granting Stipulation for Entry of Judgment on Consent as to Defendant Alex Shen concurrently filed herewith] |

In the above entitled action, Plaintiff SevenFriday AG and Defendant Alex Shen, having Stipulated through their respective counsel, that judgment be entered pursuant to the Stipulation for Entry of Judgment on Consent as to Defendant Alex Shen ("Stipulation").

**IT IS HEREBY ORDERED AND DECREED** pursuant to the Court's Order issued this date granting the Stipulation, ~~and the Court's Order issued January 4, 2016 for Entry of Default Judgment in favor of Plaintiff SevenFriday AG against Defendant Ancon Watches Inc. [Dkt. 41]~~, that final judgment and permanent injunction is HEREBY ENTERED pursuant to Federal Rule of Civil

/K

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

Procedure 54(b) in favor of Plaintiff SevenFriday AG, and against Defendants ~~Ancon Watches, Inc. and~~ Alex Shen.

The Court shall retain jurisdiction over the parties at their request to construe, enforce, or implement the Court's Order granting the Stipulation.

Dated: 2/5, 2016

_____
HONORABLE GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES